**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INVISIO, INC,

    Plaintiff,

v.                                                             CASE NO.  8:16-cv-123-T-26MAP

STORM SHUTTER MEDIC, INC.,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's submissions, it is **ORDERED AND ADJUDGED** that the Plaintiff's Motion for Entry of Default Judgment Against Defendant Storm Shutter Medic (Dkt. 14) is **granted**.  Plaintiff, through counsel, is directed to submit to this Court affidavits supporting its claims for injunctive relief, damages, costs, including attorney fees if applicable, and prejudgment and post-judgment interest, on or before **March 23, 2016**, together with a proposed final judgment.

    **DONE AND ORDERED** at Tampa, Florida, on March 11, 2016.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record