IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| INVISIO, INC.,<br>a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>STORM SHUTTER MEDIC, INC.,<br>a Florida corporation,<br><br>Defendant. | Case No: 8:16-cv-123-T-26MAP |

## ORDER

THIS MATTER came before the Court on Plaintiff and Defendant's *Joint Motion for Entry of Dismissal Order*. After reviewing the Motion and the record in this case, and with the consent of the Parties pursuant to the terms of a Settlement Agreement dated March 29, 2016, the Court is informed that the Parties have agreed to compromise and settle their differences, with Plaintiff Invisio, Inc. and Defendant Storm Shutter Medic, Inc. requesting that the Court enter this Dismissal Order and retain jurisdiction over the Settlement Agreement.

**THEREFORE,** it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

A. Entry of this Dismissal Order is made at the request of Plaintiff Invisio and Defendant Storm Shutter Medic, Inc. in compromise and settlement of this action.

B. Plaintiff Invisio and Defendant Storm Shutter Medic, Inc. have consented to the dismissal of this action.

C. The Court hereby dismisses with prejudice, pursuant to FED. R. CIV. P. 41(a)(2), all claims between plaintiff and defendant in this civil action.

D. Defendant Storm Shutter Medic, Inc. acknowledges validity and infringement of the '236 Mark.

E. The Court retains jurisdiction over the Parties and the Parties' Settlement Agreement of March 29, 2016.

IT IS SO ORDERED, this 4TH day of April, 2016.

_____
Richard A. Lazzara
United States District Judge